**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON DAVID YONAI,

    Plaintiff,                          No. C 06-1967 PJH (PR)

  vs.                                  **ORDER OF DISMISSAL**

PEOPLE OF THE STATE OF CALIFORNIA, et al.,

    Defendants.
                                 /

      This pro se civil rights action was filed on March 15, 2006. On that same day the court notified plaintiff he had neither paid the filing fee nor submitted an application for leave to proceed in forma pauperis. Plaintiff was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed.

      No response has been received, but in another of his cases plaintiff has written saying that the wants to "combine all of these civil court cases." However, in this case (1) he has not complied with the court's order to supply IFP information; and (2) his claim, which is at least in part that his due process rights were violated in the course of a disciplinary proceeding in which he lost good time, is barred by *Edwards v. Balisok*, 520 U.S. 641, 645-47 (1997) (applying *Heck v. Humphrey*, 512 U.S. 477, 486-487 (1994)). This case must be dismissed.

      This case is therefore **DISMISSED** without prejudice. The clerk shall close this file. No fee is due.

      **IT IS SO ORDERED.**

Dated: April 27, 2006.

                                                    PHYLLIS J. HAMILTON
                                                    United States District Judge

G:\PRO-SE\PJH\CR.06\YONAI967.DSIFP